[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 13, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-12946
Non-Argument Calendar

_____

D. C. Docket No. 05-60310-CR-CMA

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

QUANTRELLE D. GREEN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(March 13, 2007)**

Before DUBINA, CARNES and HILL, Circuit Judges.

PER CURIAM:

Mark Graham Hanson, counsel for Quantrelle Donte Green, has moved to

withdraw from further representation of the appellant and has filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Green's conviction and sentence is **AFFIRMED.**